JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| OAKLEY, INC., a Washington corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SPENCER GIFTS, LLC, a New Jersey corporation, <br><br> Defendant. <br> AND RELATED CROSS ACTIONS | Case No.: SACV 09-00062 JVS (ANx) <br><br> ORDER FOR DISMISSAL |

      This case having come before this Court, upon the pleadings, and it being represented to the Court that Plaintiff, Oakley, Inc. (hereinafter referred to as "Oakley") and Spencer Gifts LLC, (hereinafter referred to as "Defendant") have settled their differences with respect to the matters in dispute by way of a separate confidential agreement between the parties. On the consent of the parties and their attorneys, and good cause having been shown,

… … …

1
2       **IT IS HEREBY ORDERED, ADJUDICATED, AND DECREED**:
3       That all claims, counterclaims and defenses of Oakley and Defendant are
4 dismissed with prejudice.
5
6 DATED:     August 25, 2009
7                                     _____
8                                                   U.S. DISTRICT JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28